UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

Joseph V. Sorrentino, Esq.
Law Offices of Joseph V. Sorrentino
213 South Avenue East, Second Floor
Cranford, NJ 07016
(201) 656-6525

- and –

Jeffrey M. Rubin, Esq.
Rubin & Shang
9 East 40th Street, 11th Floor
New York, New York 10016
(212) 725-4600
Attorneys for Defendants

---------------------------------------------------------------x    *Electronically Filed*
N.V.E., Inc. Hon. Claire C. Cecchi              :

       Plaintiff,                               :    Civil Action No. 06-6290 (SRC)

      vs.                                          :

                                                        NOTICE OF MOTION
FRANK HUERTA AND FRANK TURNER   :    <u>TO SEAL MATERIALS</u>
D/B/A NETNUTRI.COM,

                                                    :    **Motion Date: 06/11/2010**

       Defendants.
---------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the Certification of Jeffrey M. Rubin, Esq., dated June 11, 2010, Defendant Frank Huerta will move this Court before the Honorable Claire Cecchi, United States Magistrate Judge, in the Martin Luther King, Jr. Federal Building and Courthouse at 50 Walnut Street, Newark, NJ, 07101, on June 14, 2010, at 10:00 a.m., for:

      1.    The entry of the proposed "discovery confidentiality order," annexed hereto as Exhibit A, to provide that the protective order, dated June 10, 2010, the exhibits thereto, and the

1

letter application, dated June 7, 2010, upon which it is based, which are presently under the temporary seal, remain under permanent seal; and

    2.    Granting such other and further relief as the Court deems just and reasonable.

Dated:    New York, New York
           June 11, 2010

                              Respectfully submitted,

                              ____/s *Joseph V. Sorrentino*_____
                              JOSEPH V. SORRENTINO, ESQ.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

Joseph V. Sorrentino, Esq.
Law Offices of Joseph V. Sorrentino
213 South Avenue East, Second Floor
Cranford, NJ 07016
(201) 656-6525

    - and -

Jeffrey M. Rubin, Esq.
Rubin & Shang
9 East 40th Street, 11th Floor
New York, New York 10016
(212) 725-4600
Attorneys for Defendants

------------------------------------------------------------x
N.V.E., Inc. Hon. Claire C. Cecchi                     :    *Electronically Filed*

       Plaintiff,                                 :    Civil Action No. 06-6290 (SRC)

    vs.                                                  :
                                                                                    CERTIFICATION IN SUPPORT
FRANK HUERTA AND FRANK TURNER  :    OF DISCOVERY
D/B/A NETNUTRI.COM,                              CONFIDENTIALITY ORDER
                                                                                    TO SEAL MATERIALS
       Defendants.                              :

------------------------------------------------------------x

      JEFFREY M. RUBIN, pursuant to Title 28, United States Code, section 1746, hereby certifies under penalty of perjury:

      1.    The undersigned submits this certification in support of this application for the entry of a Discovery Confidentiality Order.

      2.    The documents sought to be subject to the confidentiality order are the Protective Order, dated June 10, 2010, the exhibits thereto, and the letter application upon which it is based,

1

dated June 7, 2010, which are presently filed with the Court subject to a temporary seal, pursuant to the Court's Order, dated June 10, 2010.

3. The nature of the materials to be kept confidential are the identities of defendants' confidential business contacts, clients and business practices.

4. Defendants have established, cultivated and nurtured their business over many years, growing it into the enterprise that it is today. If this information were to be made available to the public, it could be used by defendants' existing and would-be competitors to copy defendants' confidential business practices and unfairly lure away from defendants their customers and vendors to the detriment of defendants' business. All of the above would provide defendants' existing and would-be competitors with an unfair advantage in a market that defendants' have worked very hard for many years to become successful.

5. It is respectfully submitted that based on the foregoing, defendants have a legitimate private interest that warrants confidentiality.

6. Plaintiff's counsel has been advised of this application and consents to the entry of the Discovery Confidentiality Order sought herein.

**WHEREFORE,** it is respectfully requested that the Discovery Confidentiality Order, annexed hereto as Exhibit A, be entered by the Court.

The undersigned declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   New York, New York
         June 11, 2010

                                           */s Jeffrey M. Rubin*
                                           Jeffrey M. Rubin

EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| N.V.E., INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FRANK HUERTA AND FRANK TURNER<br>D/B/A NETNUTRI.COM,<br><br>　　　　　Defendants. | Civil Action No. 06-6290-SRC-CCC<br><br>**DISCOVERY CONFIDENTIALITY ORDER** |

**THIS MATTER** having come before the Court by way of motion, dated June 11, 2010, pursuant to Local Civil Rule 5.3, to obtain a discovery confidentiality order concerning the previously entered Protective Order, dated June 10, 2010, the exhibits thereto, and the application upon which it is based, dated June 7, 2010,

**IT IS** on this _____ day of June, 2010

**ORDERED** that the Clerk shall maintain the Protective Order, dated June 10, 2010, the exhibits thereto, and the application upon which it is based, dated June 7, 2010, under permanent seal.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. CLAIRE C. CECCHI,
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge